UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff<br><br>v.<br><br>RYAN JOHNSON<br>   Defendant | )<br>)<br>)<br>)  Case No. 4:23-CR00378 RLW/SPM<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW, Ellsworth Ware, III, and enters his appearance on behalf of Defendant Ryan Johnson.

/s/ Ellsworth D. Ware, III
_____
Ellsworth D. Ware, III  # 038180
Attorney for Defendant
4144 Lindell Blvd, Suite 126
St. Louis, MO  63108
314-534-9100
314-354-8099 fax
Email: elldre3@yahoo.com